ORIGINAL

FILED-USDC-NDTX-DA
'26 JAN 21 PM3:47

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3-26CR-022-L |
|---|---|
| v. | |
| JOHN MICHAEL GARZA, JR. | |

## INDICTMENT

The Grand Jury for the Northern District of Texas Charges:

At all times relevant to the indictment:

### INTRODUCTION

### Foreign Terrorist Organization

1. On or about October 15, 2004, the U.S. Secretary of State ("Secretary") designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act ("INA") and as a Specially Designated Global Terrorist ("SDGT") entity under section 1(b) of Executive Order 13224.

2. On or about May 15, 2014, the Secretary amended the designation of AQI as an FTO under Section 219 of the INA and as an SDGT entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (i.e., "ISIS" – which is how this FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media

Indictment—Page 1 of 4

Production.

3. On or about September 21, 2015, the Secretary added the following aliases to the FTO and SDGT listings: Islamic State, ISIL, and ISIS.

4. On or about March 22, 2019, the Secretary further added the following aliases to the FTO and SDGT listings: Amaq News Agency, Al Hayat Media Center, Al-Hayat Media Center, and Al Hayat. To date, ISIS remains a designated FTO.

Count One
Attempting to Provide Material Support to a Designated Foreign Terrorist Organization
[Violation of 18 U.S.C. § 2339B]

5. Paragraphs 1-4 of this indictment are realleged and incorporated by reference as though set forth fully herein.

6. Beginning on or about October 23, 2025, through on or about December 22, 2025, in the Dallas Division of the Northern District of Texas, the defendant, **John Michael Garza, Jr.**, did knowingly attempt to provide material support and resources, as that term is defined in 18 U.S.C. § 2339A(b), to wit: bomb-making materials and money, to ISIS, a designated foreign terrorist organization, knowing that ISIS is a designated foreign terrorist organization and that ISIS engages and has engaged in terrorist activity and terrorism.

In violation of 18 U.S.C. § 2339B.

A TRUE BILL

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
MADELEINE S. CASE
Assistant United States Attorney
Texas Bar No. 24125166
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
Madeleine.Case@usdoj.gov

_____, for
DAVID COURCHAINE
Trial Attorney
U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOHN MICHAEL GARZA, JR.

INDICTMENT

18 U.S.C. § 2339B
Attempting to Provide Material Support to a Designated Foreign Terrorist Organization
(Count 1)

1 Count

A true bill rendered

DALLAS                                    FOREPERSON

Filed in open court this __21__ day of January, 2026.

**Defendant in Federal Custody since 12/23/2025**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  25-MJ-1264-BW